UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                 No.  22-CR-539-LTS-1

JADEL ARAUJO,                                                   ORDER

        Defendant.

-------------------------------------------------------x

        Pursuant to the request of Mr. Araujo's counsel on July 31, 2023 (docket entry no. 16) and with the consent of Judge Kaplan, the undersigned has accepted the transfer of United States v. Araujo, No. 22-CR-359, to her docket.  The sentencing scheduled in this case is hereby adjourned sine dine pending a resolution as to Mr. Araujo in United States v. Castillo, et al., No. 23-CR-279.

        A conference in this case is hereby scheduled to proceed on September 26, 2023, at 11:30 a.m., in Courtroom 17C, in conjunction with the pretrial conference scheduled in United States v. Castillo, et al., No. 23-CR-279.  The parties are directed to file, and email Chambers at SwainNYSDCorresp@nysd.uscourts.gov, any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        This Order resolves docket entry no. 16.

        SO ORDERED.

Dated: New York, New York                        /s/ Laura Taylor Swain
      August 1, 2023                             LAURA TAYLOR SWAIN
                                                    Chief United States District Judge