

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 23, 2023

**BY ECF**
The Honorable Laura T. Swain
United States Chief Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Araujo, 22 Cr. 539 (LTS)

Dear Judge Swain,

The Government writes respectfully to jointly request with defense counsel the adjournment of the status conference currently scheduled for September 26, 2023 until November 27, 2023, when the defendant is next scheduled to appear the Court on a different case. The defendant having already pled guilty, there is no need for an exclusion of time in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Ni Qian
Assistant United States Attorney
(212) 637-2364

The foregoing request is granted. The Court hereby schedules the next conference in this matter for November 27, 2023, at 12:00 p.m. DE no. 19 resolved.
SO ORDERED.
9/25/23
/s/ Laura Taylor Swain, Chief USDJ