UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No.  23-CR-279-LTS-3
                                                           No.  22-CR-539-LTS

JADEL ARAUJO,                                       <u>Order</u>

        Defendant.

-------------------------------------------------------x

        Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act.  Upon the request of the attorney and the consent of the defendant, and

        According to Sections VII(C)(4) and VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act ("CJA Plan"), the Court having found that there is good cause which renders it in the interests of justice to appoint co-counsel not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

        IT IS HEREBY ORDERED that Jacob Mitchell, Esq. is appointed to assist in the representation of Mr. Araujo as co-counsel.  This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only.  The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

        Jacob Mitchell
        225 Broadway, Suite 2815
        New York, NY 10007
        (212) 204-2574
        jacobbarclaymitchell@gmail.com

SO ORDERED.

Dated: New York, New York          /s/ Laura Taylor Swain_____
     April 9, 2024                LAURA TAYLOR SWAIN
                                                     Chief United States District Judge