**GOTLIB LAW**

**MEMO ENDORSED**

April 29, 2024

*Via* ECF & E-mail

The Honorable Laura Taylor Swain
United States Chief Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
(SwainNYSDCorresp@nysd.uscourts.gov)

Re:   *United States v. Jadel Araujo,* 22 Cr. 539 (LTS)
      *United States v. Adonys Castillo, et al.,* 23 Cr. 279 (LTS)

> For the foregoing reasons, the Court concludes that, pursuant to Section IX(2)(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act ("CJA Plan"), interim payments are necessary and appropriate in this case. The foregoing request is granted. DE 25 resolved. SO ORDERED.
> 4/30/24
> /s/ Laura Swain, Chief USDJ

Dear Chief Judge Swain,

I represent Jadel Araujo in the above-referenced matters pursuant to the Criminal Justice Act. I write to respectfully request that the Court authorize me to submit interim vouchers in both matters.

I began representing Mr. Araujo on August 31, 2022, prior to his indictment in either matter. He has pled guilty to the charges in one of the matters, *i.e.*, 22-cr-539, and his sentencing in that matter is currently pending resolution of the charges in the multi-defendant matter, *i.e.*, 23-cr-279. In the latter case there are 11 defendants, and the discovery is voluminous.

As a sole practitioner, given the amount of time I have dedicated to these matters to date and anticipate dedicating to them in the future, having to wait until the completion of these matters to file a voucher would be a financial hardship.

Accordingly, I respectfully request that the Court authorize me to submit interim vouchers in both pending matters. I thank the Court for its consideration.

Respectfully Submitted,

/s/

Valerie A. Gotlib

Cc:   All counsel of record (*via* ECF)