# GOTLIB LAW

November 6, 2024

*Via* ECF & E-mail

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States Chief Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007
(SwainNYSDCorresp@nysd.uscourts.gov)

**Re:** *United States v. Jadel Araujo,* **22 Cr. 539 (LTS)**
*United States v. Adonys Castillo, et al.,* **23 Cr. 279 (LTS)**

Dear Chief Judge Swain,

Jacob Mitchell and I represent Jadel Araujo in the above-referenced matter pursuant to the Criminal Justice Act. I write, with the consent of the government, to respectfully request a one-week adjournment of Mr. Araujo's sentencing, which is currently scheduled for December 3, 2024. This is the first request for an adjournment of Mr. Araujo's sentencing.

The reason for the requested adjournment is because I have been assigned a CJA duty day of December 3, 2024. The only scheduling conflict I have for the week beginning December 9, 20204 is a conference before Judge Engelmayer on December 10, 2024, at 11am. The government has advised that it is available any day during the week commencing December 9, 20204.

Accordingly, I respectfully request that the Court adjourn Mr. Araujo's sentencing approximately one week to take place during the week commencing December 9, 202024. I thank the Court for its consideration

Respectfully submitted,

/s/

Valerie A. Gotlib

cc: All counsel of record (*via* ECF)

The sentencing hearing in this case is hereby adjourned until **December 17, 2024, at 11:00 a.m.**
DE 29 in case no. 22-cr-539 and DE 224 in case no. 23-cr-279 are resolved.
SO ORDERED.
11/8/2024
/s/ Laura Taylor Swain, Chief USDJ

Gotlib Law, PLLC
225 Broadway | Suite 2815 | New York | NY | 10007
T 917 536 8171 | F 917 970 8158 | valerie@gotliblaw.com