UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-

                                                 No.  23-CR-279-LTS-3
                                                 No.  22-CR-539-LTS

JADEL ARAUJO,                            ORDER

         Defendant.

--------------------------------------------------------x

        The sentencing hearing in this matter is hereby adjourned from 11:00 a.m. on

January 28, 2025, to **3:00 p.m. on January 28, 2025.**  It will be conducted in **Courtroom 17C.**

        SO ORDERED.

Dated: New York, New York            _/s/ Laura Taylor Swain_____
      January 28, 2025             LAURA TAYLOR SWAIN
                                Chief United States District Judge